IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BIANCHI, LLC, a Washington limited liability company; BRIAN BIANCHI, individually, AMBER BIANCHI, individually, and the marital community composed of BRIAN BIANCHI and AMBER BIANCHI, husband and wife,<br><br>Defendants. | No.  2:19-cv-01279-JHC<br><br>DEFAULT JUDGMENT |

## **JUDGMENT SUMMARY**

PRINCIPAL JUDGMENT AMOUNT:        $276,914.31

PRE-JUDGMENT INTEREST:             $115,326.73

JUDGMENT INTEREST RATE:            0.78% on principal

JUDGMENT DEBTORS:                  BIANCHI, LLC, a Washington limited liability company; BRIAN BIANCHI, individually, AMBER BIANCHI, individually, and the marital

DEFAULT JUDGMENT
Case No. 2:19-cv-01279-JHC
Page  -  1

|   |   |
|---|---|
|   | community composed of BRIAN BIANCHI and AMBER BIANCHI, husband and wife |
| JUDGMENT CREDITOR: | NATIONWIDE MUTUAL INSURANCE COMPANY |
| ATTORNEY FOR JUDG. CREDITOR: | Brian M. Born, WSBA #25334 |

## **ORDER**

THIS MATTER having come before the Court upon the Plaintiff's Motion for Entry of Default Judgment against the defendants, an order of default having been previously entered against the defendants in accordance with Fed. R. Civ. P. 55, and this Court having reviewed the files and records herein, and the following:

1. Plaintiff's Motion for Default Judgment;

2. Declaration of William Downing; and

3. Declaration of Brian M. Born.

The Court, having considered the evidence and arguments and being fully advised in the premises, NOW, THEREFORE, it is HEREBY

ORDERED as follows:

1. That plaintiff shall have judgment against defendants BIANCHI, LLC, a Washington limited liability company, BRIAN BIANCHI, individually, AMBER BIANCHI, individually, and the marital community composed of BRIAN BIANCHI and AMBER BIANCHI, husband and wife, jointly and severally (collectively, the "Judgment Debtors"), for the principal amount of $276,914.31 plus prejudgment interest of $115,326.73;  and

DEFAULT JUDGMENT
Case No. 2:19-cv-01279-JHC
Page - 2

2. That the judgment herein, except prejudgment interest, shall bear interest at the rate of 0.78% per annum.

DATED: April 20 2022.

*/s/ John H. Chun*

Hon. John H. Chun
United States District Judge